## GAVALIS *v.* STATE OF INDIANA.

[No. 11,050.   Filed June 29, 1921.]

From Lake Criminal Court; *Martin J. Smith,* Judge.

Prosecution by the State of Indiana against Algerd J. Gavalis. From a judgment of conviction, the defendant appeals.  *Transferred to the Supreme Court.*

*A. P. Twyman* and *R. M. Royce,* for appellant.

*U. S. Lesh,* Attorney-General, and *Mrs. Edward Franklin White,* for the state.

REMY, J.—This cause is transferred to the Supreme Court under the provisions of §1429 Burns 1914, Acts 1893 p. 29, jurisdiction being in the Supreme Court rather than in the Appellate Court.

## BARR ET AL. *v.* CITY OF ROCHESTER.

[No. 11,018.   Filed June 30, 1921.]

From Fulton Circuit Court; *Reuben R. Carr,* Judge.

Action between Eldora Barr and others and the city of Rochester.   From the judgment rendered, the former appeal.  *Appeal dismissed.*

*Charles C. Campbell* and *Frank H. Terry,* for appellants.

*Selden Brown* and *Holman, Bernetha & Miller,* for appellee.

REMY, J.—Dismissed on authority of *Brown* v. *Sullivan* (1902), 158 Ind. 224, 63 N. E. 302.

## SNYDER *v.* HANLEY.

[No. 10,986.   Filed October 4, 1921.]

From Porter Superior Court; *Harry S. Crumpacker,* Judge.

Action between John W. Snyder and Edwin W. Hanley.   From the judgment rendered, the former appeals.  *Affirmed.*

*Grant Crumpacker, Cornelius R. Collins* and *Jeremiah B. Collins,* for appellant.

*P. C. Mullen* and *R. H. Moore,* for appellee.

NICHOLS, P. J.—The controlling question in this case is decided in the case of *Roy* v. *Scales* (1921), *ante* 373, 132 N. E. 268. On the authority of that case this case is affirmed.